FRANK PACCIONE, Individually and as Administrator of the Estate of MANUEL PACCIONE, Deceased, Appellant, *v.* HOME INDEMNITY COMPANY, Respondent.

Argued March 11, 1937; decided March 25, 1937.

644

*John F. X. Finn* and *John A. Blake* for appellant.

*Daniel Mungall, Fred H. Rees* and *David D. Miller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.